■ ·DURHAM MEDICAL SEARCH, INC., Respondent, v PHYSICIANS INTERNATIONAL SEARCH, INC., et al., Appellants. — Order unanimously affirmed, with costs, for reasons stated at Special Term, Kane, J. (Appeal from order of Supreme Court, Erie County, Kane, J. — preliminary injunction.) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.

■ In the Matter of SHERRY STERLING, Appellant, v CARL CRIST, Respondent. — Order unanimously affirmed, without costs, for reasons stated at Oneida County Family Court, Pomilio, J. (Appeal from order of Oneida County Family Court, Pomilio, J. — paternity.) Present — Dillon, P. J., Green, O'Donnell, Moule and Schnepp, JJ.